No. 395, Misc. PHYLE v. DUFFY, WARDEN. Supreme Court of California. Certiorari granted. It is further ordered that execution of the sentence of death imposed

on this petitioner be stayed pending the final disposition of the case by this Court. *Morris Lavine* for petitioner.